No. 73–6362. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6380. ENNIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6398. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6400. CAMP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6405. PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6409. ROBERTSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–6411. WALLACE v. SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied.

No. 73–6415. KALE v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6418. SARTIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6423. BRUCE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6429. HEAD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6431. WILLIAMS v. RICHMOND GUANO CO. ET AL. Sup. Ct. Va. Certiorari denied.

No. 73–6433. SALVO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.